UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YON SUK PANG,<br>　　　　a/k/a Yon S. Pang,<br>　　　　a/k/a Nana, and<br>HYON CHU YIM,<br>　　　　a/k/a Hyon C. Yim,<br>　　　　a/k/a Tina,<br><br>　　　　Defendants. | No. CR 06-0101 CRB<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 28, 2006 TO APRIL 5, 2006 UNDER THE SPEEDY TRIAL ACT; ORDER SETTING STATUS CONFERENCE ON APRIL 5, 2006 |

On February 28, 2006, defendants in the above-captioned matter appeared, with counsel (Edward Hung for Ms. Pang and Joseph O'Sullivan for Ms. Yim), before the Court for an initial status conference.[1]  Assistant United States Attorney Peter B. Axelrod appeared on behalf of the United States.

The parties agreed to a continuance of the matter to April 5, 2006, and a corresponding exclusion of time under the Speedy Trial Act (18 U.S.C. § 3161) to provide defense counsel with sufficient time to obtain and review discovery.

---

[1] On February, 28, 2006, the parties appeared before Chief Judge Vaughn R. Walker. Thereafter, on that same date, Judge Breyer issued an order relating the above-captioned case, U.S. v. Pang et al., CR 06-0101, to U.S. v. Yang et al., CR 05-00395 CRB.

ORDER
CR 06-0101 CRB

1     Accordingly, the Court HEREBY ORDERS that the time from February 28, 2006 to April 5, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  For the reasons set forth above, the Court finds that the failure to grant the requested exclusion would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence.  Thus, the Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(iv).

    Further, the Court ORDERS the parties to appear for a status conference on April 5, 2006, at 1:30 p.m. in Courtroom #4 on the 17th Floor of the Federal Building.

    IT IS SO ORDERED.

DATED: March 6, 2006



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

ORDER
CR 06-0101 CRB

2