KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0101 CRB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 7, 2006 TO SEPTEMBER 11, 2006 UNDER THE SPEEDY TRIAL ACT |
| v. | |
| YON SUK PANG, | |
| Defendant. | |

The parties hereby stipulate as follows:

1. On June 7, 2006, the parties appeared before the Court, and the Court set a September 11, 2006 trial date for this matter.

2. The parties agree that the time between June 7, 2006 and September 11, 2006 should be excluded from the Speedy Trial clock. Previously, the Court declared this case complex. See 18 U.S.C. § 3161(h)(8)(B)(ii). Further, defense counsel is continuing to review the discovery in this case, which exceeds 50,000 pages, and includes numerous Korean language documents and call transcripts. Additionally, the government expects to provide numerous additional boxes of discovery, which defense counsel will need to review to prepare for trial.

ORDER
CR 06-0101 CRB                1

1  Thus, the parties agree that a continuance is necessary for the effective preparation of defense
2  counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
3  The parties also agree that the ends of justice served by excluding the period from June 7, 2006
4  to September 11, 2006 outweigh the interest of the public and the defendant in a Speedy Trial.
5  See id. § 3161(h)(8)(A).

6

7  STIPULATED:

8
     June 20, 2006                                /S/  PETER B. AXELROD
9  DATE                                       PETER B. AXELROD
                                              LAUREL BEELER
10                                               Assistant United States Attorneys

11
     June 20, 2006                                /S/  EDWARD HUNG
12 DATE                                         EDWARD HUNG
                                              Attorney for Yon Suk Pang
13

14 **ORDER**

15  For good cause shown, with the agreement of the parties, and for the reasons stated above,
16 the Court orders time excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from June 7, 2006,
17 to September 11, 2006.  The Court finds that the failure to grant the requested exclusion would
18 deny defense counsel reasonable time necessary for effective preparation taking into account the
19 exercise of due diligence.  Further, the Court finds the exclusion warranted on complexity
20 grounds, under 18 U.S.C. § 3161(h)(8)(B)(ii).  Thus, the Court finds that the ends of justice
21 served by granting the requested exclusion outweigh the best interest of the public and the
22 defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore
23 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A),
24 (h)(8)(B)(ii) and (h)(8)(B)(iv).

25  IT IS SO ORDERED.

26

27 DATED:  June 20, 2006



28                                            CHARLES R. BREYER
                                           United

ORDER
CR 06-0101 CRB                               2