Lawrence Wong, Esq. SBN 80852
Edward Hung, Esq. SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone: (510) 451-2124
Facsimile: (510) 451-2448

Attorneys for Defendant
YON SUK PANG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YON SUK PANG,<br><br>Defendant. | Case No. CR 06-0101 CRB<br><br>**NOTICE OF DEFENDANT'S MOTION TO WITHDRAW PLEA; STIPULATION AND [PROPOSED] ORDER TO VACATE SENTENCING HEARING**<br><br>Date: February 7, 2007<br>Time: 2:15 PM<br>Court: Hon. Charles R. Breyer |

TO PLANITFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT AT 2:15 PM on February 7, 2007 in the Court of the Honorable Charles R. Breyer, Defendant Yon Suk Pang (hereinafter "Defendant") will move the Court for an order allowing Defendant to withdraw her plea of guilty.

///

///

1

Stipulation to Vacate Hearing
CR 06-0101 CRB

Dated: January 4, 2007

Respectfully submitted,

WONG & ASSOCIATES

_____
Lawrence Wong, Esq.
Edward Hung, Esq.
Attorneys for Defendant YON SUK PANG

The Undersigned parties, by their respective attorneys of record, HEREBY STIPULATE to vacate the date for the sentencing hearing, scheduled for January 10, 2007, on the grounds that the defendant will be making a motion to withdraw her plea.

**SO STIPULATED**

Dated: January 4, 2007

WONG & ASSOCIATES

_____
Lawrence Wong, Esq.
Edward Hung, Esq.
Attorneys for Defendant YON SUK PANG

Dated: January 4, 2007

_____
Peter B. Axelrod, Esq.
Assistant United States Attorney

**PURSUANT TO STIPULATION, SO ORDERED.**

Dated:   January 5, 2007

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

2

Stipulation to Vacate Hearing
CR 06-0101 CRB