SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6765
   Facsimile: (415) 436-7234
   E-Mail:  laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 101 CRB |
| Plaintiff, | ORDER |
| v. | |
| YON SUK PANG, | |
| Defendant. | |

With the agreement of the parties in open court on March 7, 2007, the Court enters this order documenting its exclusion of time under the Speedy Trial Act from March 7, 2007, to June 11, 2007.

On March 7, 2007, Pang withdrew her guilty plea. The Court set a motions date of March 28, 2007, regarding certain forfeiture and property issues, and the Court also set a trial date of June 11, 2007. Counsel for the defense advised the Court that setting the trial date any earlier than June 11, 2007, would not give the defense adequate time to prepare for trial. Accordingly, the parties agreed, and the Court found and held, that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §

ORDER
(CR 06 101 CRB)

1  3161(h)(8)(B)(iv).  The parties agreed, and the Court found and held, that the ends of
2  justice served by excluding the period from March 7, 2007, to June 11, 2007, outweigh
3  the best interest of the public and the defendant in a speedy trial.  <u>See</u> <u>id.</u> § 3161(h)(A).
4      Accordingly, the Court excludes time under the Speedy Trial Act from March 7, 2007,
5  to June 11, 2007.
6  IT IS SO ORDERED.
7  DATED: __March 15, 2007__       _____
8                                  CHARLES R. BREYER
                                    United States District Judge



ORDER
(CR 06 101 CRB)                          2