SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>  v. )<br>YON SUK PANG, )<br>       Defendant. ) | No. CR 06-101 CRB<br><br>ORDER |

With the agreement of the parties in open court on March 28, 2007, the Court enters this order documenting its exclusion of time under the Speedy Trial Act from March 28, 2007, to August 6, 2007.

On March 28, 2007, attorney William Osterhoudt made his initial appearance as counsel for Pang. At that time, Mr. Osterhoudt advised that the Court that he had a conflict with the then pending trial date of June 11, 2007, and would require additional time to review the discovery and adequately prepare the case for trial. In response, the Court set the trial for August 6, 2007.

Accordingly, the parties agreed, and the Court found and held, that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for

ORDER
[CR 06-101 CRB]

1  effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §
2  3161(h)(8)(B)(iv).  The parties agreed, and the Court found and held, that the ends of
3  justice served by excluding the period from March 28, 2007, to August 6, 2007, outweigh
4  the best interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(A).
5      Accordingly, the Court excludes time under the Speedy Trial Act from March 28,
6  2007, to August 6, 2007.
7      IT IS SO ORDERED.

10  DATED:  April 20, 2007



CHARLES R. BREYER
United States District Judge

ORDER
[CR 06-101 CRB]                                2