1  WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
2  DOLORES T. OSTERHOUDT (SBN 215537)
   LAW OFFICES OF WILLIAM OSTERHOUDT
3  135 Belvedere Street
   San Francisco, CA 94117
4  Telephone: (415) 664-4600
5  Osterhoudt@aol.com

6
7  Attorneys for Defendant
   YON SUK PANG
8

9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                                      )   **No. CR 06-101 CRB**
12  UNITED STATES OF AMERICA,           )
                                        )
13              Plaintiff,              )   ~~[PROPOSED]~~ **ORDER TO**
                                        )   **EXONERATE BOND**
14          vs.                         )
                                        )
15  YON SUK PANG,                       )
                                        )
16              Defendant.              )
                                        )
17  _____     )

18
19      Upon the request of defendant and good cause appearing,
20      IT IS HEREBY ORDERED that the bail posted for Yon Suk Pang is hereby exonerated.
21  The Clerk of the Court is ordered to exonerate the bond posted as security for bail herein.
22
23  Dated:  April 25, 2008

24                                       _____
                                         Hon. Judge Charles R. Breyer
25                                       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**Order To Exonerate Bond**
[No.CR-06-101 CRB]